**UNITED STATES of America, Plaintiff–Appellee**

v.

**George CORBETT, also known as Little G, Defendant–Appellant.**

**No. 15–2429.**

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 22, 2016.

Filed: Jan. 27, 2016.

Patrick J. Reinert, Assistant U.S. Attorney, U.S. Attorney's Office, Cedar Rapids, IA, Shawn Wehde. U.S. Attorney's Office, Sioux City, IA, for Plaintiff–Appellee.

Northern District of Iowa.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the

George Corbett, Bruceton Mills, WV, pro se.

Leon Fred Spies, Mellon & Spies, Iowa City, IA, for Defendant–Appellant.

Before WOLLMAN, ARNOLD, and SMITH, Circuit Judges.

[Unpublished]

PER CURIAM.

George Corbett appeals after the district court[1] denied him a sentence reduction under 18 U.S.C. § 3582(c)(2). In declining to reduce Corbett's sentence, the district court found that a reduction was not warranted in light of his lengthy criminal history, the likelihood of recidivism, and the risk to public safety presented by his prison conduct. We conclude that there is no basis for reversal, as the district court's finding that a reduction was not warranted was not an abuse of discretion. *See Dillon v. United States,* 560 U.S. 817, 827, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010) (§ 3582(c) authorizes district court to reduce sentence by applying amended Guidelines range as it if were in effect at time of original sentencing, and leaving all other Guidelines determinations intact as previously determined); *United States v. Long,* 757 F.3d 762, 763 (8th Cir.2014) (de novo review of whether § 3582(c)(2) authorizes modification, and abuse-of-discretion review of decision whether to grant authorized § 3582(c)(2) modification). The judgment is affirmed, *see* 8th Cir. R. 47B, and counsel's motion to withdraw is granted.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.